No. 16,489.

Ragland et al. *v.* Warren, Mayor of Granby et al.
(220 P. [2d] 376)

Decided June 12, 1950.

Per Curiam.

Judgment affirmed en banc without written opinion, Mr. Justice Holland not participating.

Mr. John B. Barnard, Mr. John B. Barnard, Jr., for plaintiffs in error.

Mr. Sid Pleasant, for defendants in error.